# LAW OFFICES OF
# JAMES R. RADMORE, P.C.

SUITE 312
TWO PENN CENTER PLAZA
1500 J.F.K. BOULEVARD
PHILADELPHIA, PENNSYLVANIA 19102

TELEPHONE (215) 568-9900
1 800 RADMORE
FAX (215) 568-4546
E-Mail: JRR@radmore.net

5 EAST GERMANTOWN PIKE
PLYMOUTH MEETING, PA 19462
PHONE (610) 828-1800
FAX (610) 832-0548

1913 GREENTREE ROAD
CHERRY HILL, NJ 08003
PHONE (856) 424-4434
FAX (856) 751-5957

JOSEPH BOARDMAN
OF COUNSEL

January 6, 2009

SENT VIA FACSIMILE
NO. 609 989 0435
Honorable Tonianne J. Bongiovanni
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 E. State Street, Room 6052
Trenton, NJ   08608

RECEIVED
AT 8:30
JAN - 7 2009
WILLIAM T. WALSH
CLERK         M

RE:   Toshiko Naha vs. Theron Reed, etal
      USDC District of New Jersey
      No.  08-4977 (JAP)

Dear Judge Bongiovanni:

This will confirm that the Scheduling Conference *at 1:00pm* in the above-captioned matter has been rescheduled to be held on January 30, 2009. In addition, this will confirm that the joint discovery plan is due in Your Honor's Chambers on Friday, January 9, 2009.

Thank you for your courtesy and cooperation.

Respectfully yours,

JAMES R. RADMORE

JRR/msh

cc:   Denise Fontana Ricci, Esquire

So Ordered this 6th day of January, 2009.